Mary KRIESAK, Administratrix of the Estate of Lukas Evanshak, etc., Appellee, v. Montgomery F. CROWE, Appellant.

No. 8098.

Circuit Court of Appeals, Third Circuit.

Argued Dec. 8, 1942.

Decided Dec. 17, 1942.

Edward J. Kelly, of Scranton, Pa. (Forrest J. Mervine, of Stroudsburg, Pa., and Kelly, Fitzgerald & Kelly, of Scranton, Pa., on the brief), for appellant.

Henry Thomas Dolan, of Philadelphia, Pa., for appellee.

Before MARIS, JONES, and GOODRICH, Circuit Judges.

PER CURIAM.

Upon this appeal the sole question is whether there was sufficient evidence that the injuries to the plaintiff's decedent resulted from the negligence of the defendant to support the verdict of the jury in favor of the plaintiff. We have carefully examined the evidence, the recital of which here would serve no useful purpose, and we are satisfied that the district court was right in holding it sufficient to support the verdict. It follows that the court committed no error in denying the defendant's motion to set aside the verdict and for judgment in his favor.

The judgment, 44 F.Supp. 636, is affirmed.

TRIPLEX SAFETY GLASS COMPANY OF NORTH AMERICA, Appellant, v. James H. LATCHUM, Appellee.

No. 8062.

Circuit Court of Appeals, Third Circuit.

Argued Dec. 21, 1942.

Decided Dec. 24, 1942.

John R. Brook, of New York City (Ambrose L. O'Shea, of New York City, on the brief), for appellant.

Carlton Fox, Sp. Asst. to Atty. Gen. (Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key and Samuel H. Levy, Sp. Assts. to Atty. Gen., on the brief), for appellee.

Before BIGGS, MARIS, and JONES, Circuit Judges.

PER CURIAM.

The judgment of the court below is affirmed for the reasons fully and satisfactorily set forth in the opinion of Judge Clark reported in 44 F.Supp. 436, 437.